RECEIVED IN
The Court of Appeals
Sixth District

SEP 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

# STATE OF TEXAS

# SIXTH APPELLATE DISTRICT

# COURT OF APPEALS

FILED IN
The Court of Appeals
Sixth District

SEP 0 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

APPELLATE CASE NUMBER 06-15-0026-CV

TRIAL COURT CASE NUMBER 80896

September 8, 2015

**ROBERT YURIK**          **PLANTIFF**

   **VS.**

**ERNESTINE PHILLIPS**     **DEFENDANT**

THIS DOCUMENT AND ITS CONTENTS SHALL SERVE AS A MOTION BY THE PLINTIFF TO DISPUTE THE CERTIFICATE OF SERVICE, STATEMENT OF FACTS AND ARGUMENT SUBMITTED BY THE DEFENDANT, ERNESTINE PHILLIPS. A FINAL CONCLUSION IS SUBMITTED BY THE PLAINTIFF TO THE COURT

# TABLE OF CONTENTS

1. STATEMENT OF FACTS
2. ARGUMENT
3. CONCLUSION
4. CERTIFICATION OF SERVICE
5. ATTACHMENTS/EVIDENCE

# MOTION TO DISPUTE THE DEFENDANT APPELLATE BRIEF
## PLAINTIFF: ROBERT YURIK
## DEFENDANT: ERNESTINE PHILLIPS

THE STATEMENT OF FACTS, REGARDING THE APPELLATE CASE REFERENCED ON THE COVER PAGE OF THIS DOCUMENT, WAS SUBMITTED BY THE DEFENDANT TO THE COURT ON AUGUST 19, 2015, PER THE CERTIFICATE OF SERVICE CERTIFIED BY THE DEFENDANT.

UPON RECEIPT OF THE DOCUMENT BY THE PLAINTIFF ON AUGUST 26, 2015, THIS MOTION WAS IMMEDIATELY GENERATED AND IS RESPECTFULLY SUBMITTED TO THE COURT FOR CONSIDERATION. THE FOLLOWING FACTS ARE IN DISPUTE:

1. CERTIFICATE OF SERVICE: THE CERTIFICATE OF SERVICE, SIGNED BY THE DEFENDANT, CERTIFIES THAT THE COPY OF THE APPELLATE BRIEF WAS SUBMITTED BY THE DEFENDANT TO THE COURT AND THE PLAINTIFF ON AUGUST 19, 2015.

   PER THE US POSTAL SERVICE STAMP ON THE ORIGINAL ENVELOPE ADDRESSED TO THE PLAINTIFF, THE COPY WAS NOT SUBMITTED UNTIL 5 DAYS LATER, ON AUGUST 24, 2015.

2. STATEMENT OF FACTS-1: "THE SIGNATURES WERE REVIEWED BY JUDGE BENCH AND IT WAS DETERMINED THAT ALL SIGNATURES WERE THE SAME AND ACCEPTED BY THE INSURANCE COMPANY."

   THE JUDGE DID NOT VALIDATE THE SIGNATURES TO BE THE SAME. THE OUTCOME FROM THE ORIGINAL TRIAL WAS THAT THERE WAS NOT ENOUGH EVIDENCE (IN ABSENCE OF A HANDWRITING EXPERT) TO INVALIDATE THE AUTHENTICITY OF THE SIGNATURES. THE STATEMENT WAS MADE BY THE COURT THAT THE SIGNATURES WERE SIMILAR, BUT YET DIFFERENT. AT NO TIME DID THE COURT VALIDATE THE AUTHENTICITY OF THE SIGNATURES.

   THE AUTHENTICITY OF THE SIGNATURES IS NOT WHAT IS UNDER APPEAL SUBMITTED BY THE PLAINTIFF.

3. STATEMENT OF FACTS-2: "THE DATES WERE LISTED ON THE FINAL DOCUMENT WAS NEVER IN QUESTION, JUST THE SIGNATURES. MR. YURIK PROVIDED NOT DOCUMENTATION THAT FINAL SIGNATURE WAS NOT DARLENE TRAINOR'S."

   THE DATES ON THE FINAL DOCUMENT WERE DISCUSSED SPECIFICALLY IN THE INITIAL TRIAL. THE JUDGE NOTED THAT THE NUMBERS LISTED NEXT TO BOTH SIGNATURES WERE NOT A VALID DATE, BUT JUST A RANDOM STRING OF NUMBERS. THE JUDGE, HOWEVER, DID NOT RULE ON THE FACT THAT THE DOCUMENT CLEARLY STATES THE EFFECTIVE DATE OF THE DOCUMENT TO BE THE DATE OF THE SIGNATURE, BUT THERE IS NO APPARENT WAY TO DECIPHER WHAT THAT DATE IS.

MR. YURIK PRESENTED OTHER LEGAL DOCUMENTS REGARDING THE QUESTIONABLE SIGNATURES AS COMPARISON. THE JUDGE STATED THAT IN ABSENCE OF A HANDWRITING EXPERT, THE SIGNATURES COULD NOT BE INVALIDATED BY THE COURT. THE AUTHENTICITY OF THE SIGNATURES IS NOT WHAT IS UNDER APPEAL SUBMITTED BY THE PLAINTIFF.

4. STATEMENT OF FACTS-3: "DARLENE TRAINOR HAD TO CALL THE INSURANCE COMPANY DIRECT TO GET THE FORM TO CHANGE THE BENEFICIARIES, AS SEEN BY THE DATES THAT THE INSURANCE COMPANY SENT THE FORM TO DARLENE TAINOR. ALSO NOTE THAT ERNESTINE PHILLIPS WAS ON THE PREVIOUS BENEFIARY CHANGE AFTER THE DEATH OF HER HUSBAND, THAT A CLEAR INDICATOR OF HER INTENT TO CHANGE HER BENEFICARY."

THE ONLY DOCUMENT IN QUESTION HERE IS THE LAST SUBMITTED BENEFICIARY CHANGE FORM. THERE WAS NO FORM "AFTER THE DEATH OF HER HUSBAND" SUBMITTED TO THE COURT AT ALL. THERE WAS ONE FORM SUBMITTED TO THE COURT PRIOR TO THE ONE IN DISPUTE HERE, AND IT NAMED ROBERT YURIK AS THE SOLE PRIMARY BENEFICIARY, WITH ERNESTINE PHILLIPS A CONTINGENT.

5. ARGUMENT: THE BENEFICIARY CHANGE FORM IS AN INSTRUMENT TO RECORD CHANGES MADE TO THE LIFE INSURANCE POLICY, BUT AS EQUALLY AS INPORTANT, TO DETERMINE WHEN THOSE CHANGES SHOULD BE ENFORCED. IN THIS CASE, MR. YURIK CLAIMED THAT THE BENEFECIARY DOCUEMTS HAD BEEN FORGED. JUDGE BENCH REVIEWED THE DOCUMENTS THAT WERE PROVIDED INTO EVIDENCE OF THE COURT. JUDGE BENCH QUESTIONED THE PLAINTIFF AND THE DEFENDANT (THE DOCUMENTS THAT WERE PROVIDED TO JUDGE BENCH HAVE BEEN ATTACHED TO THIS DOCUMENT). AFTER REVIEW OF THE DOCUMENTS JUDGE BENCH RULED THAT THE SIGNATURES TO THE HANDWRITING ON ALL OF THE DOCUMENTS WERE IN FACT DARLENE TRAINOR'S AND THERE WAS NOT FORGED SIGNATURES. AT THAT TIME JUDGE BENCH RULED THAT THE LAST BENEFICIARY CHANGE SHOULD BE UPHELD AND RULED IN FAVOR OF THE DEFENDANT ERNESTINE PHILLIPS.

THIS STATEMENT VALIDATES MS. PHILLIPS' INTEREST IN THE IMPORTANCE OF ENFORCABILITY WITH REGARD TO RECORDED CHANGES.

THE SIGNATURES WERE NOT RULED AS AUTHENTIC BY THE JUDGE. JUDGE BENCH RULED THAT IN ABSENCE OF A HANDWRITING EXPERT, THE SIGNATURES COULD NOT BE RULED AS INVALID.

## CONCLUSION

MS. PHILLIPS HAS EXAGGERATED THE FACTS IN HER BRIEF AND DELIBERATELY WITHHELD SUBMISSION OF THE BRIEF TO THE PLAINTIFF. SHE IS ATTEMPTING TO RE-ARGUE THE RULING BASED ON AUTHENTICITY OF SIGNATURES, WHICH IS NOT IN DISPUTE HERE. THE ORIGINAL APPLICATION SUBMITTED WITH HER BRIEF WAS NOT SUBMITTED AT THE INITIAL TRIAL, WAS NOT IN QUESTION AT THE INITIAL TRIAL, AND IS NOT IN QUESTION IN THIS APPEAL.

THE PLAINTIFF RESPECFTULLY REQUESTS A RULING OF THE FORM TO BE INVALID BASED ON THE ENFORCABILITY OF THE BENEFICIARY CHANGE FORM BASED ON A STRING OF NUMBERS ENTERED INTO THE DOCUMENT UPON SIGNATURE WHICH DOES NOT REPRESENT ANY RECOGNIZABLE DATE FORMAT.  SINCE THE DOCUMENT DOES NOT STATE IT IS ENFORCEABLE UPON RECORD OF RECEIPT BY THE INSURANCE COMPANY, BUT RATHER THE DATE UPON SIGNATURE; AND THERE IS NO POLICY OR PRECIDENT SUBMITTED BY ANY PARTY STATING A DEFAULT MEASURE; THE ENFORCABILITY OF THIS DOCUMENT IS IN QUESTION AND RELIEF IS REQUESTED OF THE COURT.

THE PLAINTIFF IS REQUESTING THAT IF THIS DOCUMENT HAS NO ENFORCEABLE DATE, THE FORM BE RULED AS INVALID AND THE PREVIOUS BENEFICIARY FORM, DATED DECEMBER OF 2002 BE RECOGNIZED AS THE LAST VALID FORM SUBMISSION.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY HAS BEEN FURNISHED TO THE COURT AND TO ERNESTINE PHILLIPS BY MAIL DELIVERY ON September 8, 2015

**ROBERT YURIK**

**1004 JERNIGAN STREET**

**COMMERCE, TEXAS 75428**

X _____

**ROBERT YURIK**

PRIORITY
Sabori Dr.
Commerce, TX
78109

R. Hurt Jarrell
1004 Pelegren
Commerce, TX
75428

754283229

CONVERSE TX 78109

ADDITIONAL OUNCE

FOREVER USA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY HAS BEEN FUNISHED TO STONEBRIDGE
LIFE INSURANCE COMPAN AND ROBERT YURIK BY MAIL DELIVERY ON
AUGUST 19, 2015

ERNSTINE PHILLIPS
104 MEADOW DR.
CONVERSE, TX  78109

BY: *Ernestine Phillips*
ERNESTINE PHILLIPS

BEST AVAILABLE ISSUE or Quality

*4794438-4*  18.00

Policy 0575

Home Office: Rutland, VT.
Administrative Office:
2700 W. Plano Parkway
Plano, T., 75075

Monthly Premium: 18.00

**JCPenney Life Insurance Company**
# APPLICATION
## FOR THE WHOLE LIFE PAID-UP-AT-85 PLAN

Policy Amount:
$ 10,000

1. Name DARLENE _Inez_ TRAINOR

2. Date of Birth: 10 01 42 (MONTH DAY YEAR)

3. Sex: ☐ Male  ☒ Female

4. Address P O Box 235  Gary,  TX  75643 (STREET NO. / CITY / STATE / ZIP)

5. Telephone 903 693-9401 (AREA CODE-NUMBER)

6. Occupation Housewife

7. Height 5, 1

8. Weight 180

9. Birth Place Dallas Tex (CITY / STATE)

10. Beneficiary Joseph R Trainor  Relationship Spouse

11. Family Doctor Keith Keeling  Address 713 W Paul  Cartows Tx 75633

To the best of your knowledge and belief, have you:

A. had any medical or surgical advice, examination or treatment for any disorder, injury or sickness during the past 5 years, or now have, any impairment, deformity or disease diagnosed by a licensed physician? ........................ Yes ☐ No ☒

B. ever received medical or surgical advice, examination or treatment for blood pressure, heart condition, diabetes, cancer or malignancy, alcoholism, drug habit, lung disease, nervous or mental disorder, liver disorder, sexually transmitted disease, digestive or intestinal disorder or blood disorder? ........................ Yes ☐ No ☒

C. ever received medical diagnosis or treatment for AICS, AIDS Related Complex (ARC), immunodeficiency disorder or tested positive on an AIDS-related blood test? ........................ Yes ☐ No ☒

D. had any application for Life, Accident or Sickness insurance declined, cancelled, postponed or modified? ........................ Yes ☐ No ☒

E. Will this policy replace or change any life insurance or annuity policy you now carry? ........................ Yes ☐ No ☒
If answer is "yes," to any of the above questions, please supply complete details. Include name, address, and date for any doctors consulted.

• I select automatic premium loan ........................ Yes ☒ No ☐
• I understand the policy issuance is based on all statements and answers above, and I affirm they are complete and true to the best of my knowledge and belief.
• If accepted, I understand the policy is not effective until the effective date specified in the policy.

I authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, consumer reporting agency, (CRA) insurance support organization (ISO), or the Medical Information Bureau (MIB) to give J. C. Penney Life Insurance Company (company), its reinsurers or insurance affiliates any information it has in its records on me or any member of my family to use for underwriting insurance. The company may disclose information to MIB, and except for information received from MIB, to any CRA, ISO, or to any life insurance company to whom I apply for, insurance or request benefits. This authorization shall be valid for two years from the date of this application. A photocopy of this authorization shall be as valid as the original, and a copy is available to me applicant on request. I have received and read the Medical Information Bureau Notice accompanying this application.

Applicant's Signature X _Darlene T Trainor_  or X

Person to be insured must sign if 15 or older

For Company Use Only
Licensed Agent

UL510

In signing the application above, I authorize J. C. Penney Company, Inc. to advance to J. C. Penney Life Insurance Company amounts equal to the premiums becoming due under the policy applied for and to charge such amounts with my JCPenney Credit Account. I agree to pay such amounts in full when billed. However, by selecting the first month's premium, I only authorize the J. C. Penney Life Insurance Company to bill me directly for future monthly premiums becoming due.

Place the checkbox on the billing option you choose

CR493

☐ **YES** Bill me monthly with my JCPenney Credit Account

**OR**

CR393 01

☒ **YES** Bill me directly. Enclosed is my first month's premium.

My JCPenney Credit Account number is:
☐☐☐ ☐ ☐☐☐☐ ☐☐ ☐

10646  930413  I

RJ012P4-92

PENGAD 800-631-6989

**PETITIONER'S EXHIBIT**
_____


## STONEBRIDGE LIFE
### Insurance Company
2700 West Plano Parkway • Plano, Texas 75075-8200

December 03, 2002

DARLENE INEZ TRAINOR
11542 RANCH LANE LOT86
FREDRICKSBURG VA 22407

Policy/Certificate Number: 72L4794438    On the Life of: DARLENE INEZ TRAINOR

Dear DARLENE INEZ TRAINOR

In order to change the beneficiary of your policy/certificate, please provide the information requested below, make a copy of this form for your records, and return the completed form.

### BENEFICIARY CHANGE REQUEST

I, the undersigned policyowner, do hereby request the Company to revoke all prior beneficiary designations and optional methods of settlement, if any, and change the beneficiary of said policy as follows: Primary Beneficiary (or Beneficiaries), if living:

| Name | Relationship | Street Address, City, State, Zip |
|---|---|---|
| Robert Yurik | Boy Friend | 13935 Coastline Ch Rd Woodford VA 22580 |
| | | phone 540-538-1352 |
| | | sister |

Otherwise to Contingent Beneficiary (or Beneficiaries)  phone L-903-882-6963  Texas

| | | |
|---|---|---|
| Ernestine McLPhillips  sister | 2005 Fm 2008 Klondike Tx 75448 |
| Katy Le  Daughter | 1112 parshall ave st clairville |
| | phone 740-695-6047  zip 93510 ohio |

The provisions in the Beneficiary Change take precedence over any printed provisions in the policy which establish a beneficiary. Unless otherwise provided above, the proceeds shall be paid in a lump sum. When more than one primary beneficiary is named, payment shall be made share and share alike, to survivors or survivor, unless otherwise provided above. This also applies when more than one Contingent Beneficiary is named. If no beneficiary survives the insured, the policy proceeds will be paid to the insured's estate. I hereby request, and by recording this instrument the Company hereby agrees, that any provision of the policy requiring the policy to be submitted to the Company for endorsement of change of beneficiary thereon be waived. The designation of the new beneficiary (or beneficiaries) shall become effective as of the date of the request for such change, provided, however, the request must be first received and recorded by the Company. Any payment made by the Company prior to such receipt and recording shall constitute proper, whole and absolute payment and shall discharge the Company from liability. If a trust or trustee beneficiary is named, the Company may make payment to the trust or the trustee without having to determine whether a trust is in effect, and shall not be required to look after the application of the proceeds in the hands of the trust or the trustee.

I understand that this Beneficiary Change, after it has been recorded by the Company, will take effect as of the date I signed the request. I further understand and agree that any payment made prior to the receipt and recording of this Beneficiary Change will be effected.

DEC 1 8 2002

| Signature of Primary Insured | Date | Signature of Spouse | Date |
|---|---|---|---|
| Darlene I Trainor | 12-12-02 | NONE | Dec 12, 2002 |

CSZB

PETITIONER'S
EXHIBIT
2



CRASRFAXVI

*Darlene*
*my phone is*
*903-886.6594.*
*Sister is 903.886.3766*

# STONEBRIDGE LIFE
### Insurance Company
2700 West Plano Parkway • Plano, Texas 75075-8200

March 30, 2004

PETITIONER'S
EXHIBIT
3

PENGAD 800-631-6989

**Important Insurance Information: Open Immediately**
DARLENE INEZ TRAINOR
1004 JERNIGAN ST
COMMERCE TX 75428

ACTION COMPLETED

APR 2 0 2004

ADMINISTRATIVE SUPPORT

Policy/Certificate Number: 72L4784438    On the Life of: DARLENE INEZ TRAINOR

Dear DARLENE INEZ TRAINOR

In order to change the beneficiary of your policy/certificate, please provide the information requested below, make a copy of this form for your records, and return the completed form.

**BENEFICIARY CHANGE REQUEST**
I, the undersigned policyowner, do hereby request the Company to revoke all prior beneficiary designations and optional methods of settlement, if any, and change the beneficiary of said policy as follows: Primary Beneficiary (or Beneficiaries), if living;

| Name | Relationship | Street Address, City, State, Zip |
|---|---|---|
| Robert York | Boyfriend | 1004 Jernigan St, Commerce Tx 75428 |
| Ernestine phillips | Sister | 2665 Fm 2068 Klondike Texas |

Otherwise to Contingent Beneficiary (or Beneficiaries)    *NO*

The provisions in the Beneficiary Change take precedence over any printed provisions in the policy which establish a beneficiary. Unless otherwise provided above, the proceeds shall be paid in a lump sum. When more than one primary beneficiary is named, payment shall be made share and share alike, to survivors or survivor, unless otherwise provided above. This also applies when more than one Contingent Beneficiary is named. If no beneficiary survives the insured, the policy proceeds will be paid to the insured's estate. I hereby request, and by recording this instrument the Company hereby agrees, that any provision of the policy requiring the policy to be submitted to the Company for endorsement of change of beneficiary thereon be waived. The designation of the new beneficiary (or beneficiaries) shall become effective as of the date of the request for such change, provided, however, the request must be first received and recorded by the Company. Any payment made by the Company prior to such receipt and recording shall constitute proper, whole and absolute payment and shall discharge the Company from liability. If a trust or trustee beneficiary is named, the Company may make payment to the trust or the trustee without having to determine whether a trust is in effect, and shall not be required to look after the application of the proceeds in the hands of the trust or the trustee.

I understand that this Beneficiary Change, after it has been recorded by the Company, will take effect as of the date I signed the request. I further understand and agree that any payment made prior to the receipt and recording of this Beneficiary Change will be affected.

| Signature of Primary Insured | Date | Signature of Spouse | Date |
|---|---|---|---|
| *Darlene Trainor* | 0.4.05 | NONE | 0.40.5 |

CS28

APR 12 2004

*Darlene L Trainor*, Declarant

*Darlene L Trainor* Testatrix

*Darlene L Trainor*, Testatrix

*Darlene L Trainor*

Darlene L Trainor, Declarant

*Darlene L Trainor*, Declarant

Applicant's
Signature **X** *Darlene L Trainor* Date **X**
Person to be insured must sign if 18 or older. | For Company Use Only

Signature of Primary Insured

*Darlene L Trainor*

Date
12-12-02

Sign

Signature of Primary Insured

*Darlene Trainor*

Date
9-4-03

Sign



PETITIONER'S
EXHIBIT
4
PENGAD 800-631-6989